UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMAL RASHID, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation; MATTHEW KIEM, an individual,<br><br>Defendants. | Case No. 2:19-cv-01483-APG-EJY<br><br>**ORDER** |

Before the Court is Defendants State Farm Fire and Casualty Company's and Matthew Keim's Motion for Leave to File Surreply in Opposition to Plaintiff's Motion for Remand (the "Motion"). ECF No. 18. Although motions for leave to file a surreply are generally discouraged under Local Rules of Practice 7-2, the Court finds good cause exists to grant Defendants' leave to file their Surreply. Defendants represent that on October 22, 2019, Plaintiff entered a plea agreement in an unrelated criminal matter in which his residence is set forth as California. ECF No. 18 at 1:27–2:1. Defendants' Surreply addresses the issue of Plaintiff's residency, which is a "critical issue in Plaintiff's Motion to Remand and his challenge to diversity jurisdiction. . . ." ECF No. 18-1 at 2:1–2. This information was not available or known to Defendants at the time of filing of their Response (ECF No. 13) to Plaintiff's Motion (ECF No. 11), because Plaintiff entered a plea agreement after briefing on the Motion concluded.

Accordingly, and with good cause shown,

IT IS HEREBY ORDERED that Defendants State Farm Fire and Casualty Company's and Matthew Keim's Motion for Leave to File Surreply in Opposition to Plaintiff's Motion for Remand (ECF No. 18) is GRANTED.

IT IS FURTHER ORDERED that Defendants must file their Surreply within seven days of the issuance of this Order.

IT IS FURTHER ORDERED that Plaintiff shall have seven days from the filing of Defendants' Surreply to file his response, if he chooses to file one.

IT IS FURTHER ORDERED that no further filings shall be permitted without leave of this Court.

DATED this 30th day of October, 2019.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE